## Deaver, Appellant, *v.* Safeguard Mutual Insurance Company.

■ Argued December 6, 1974. *Michael J. Pepe, Jr.,* for appellant; *Malcolm H. Waldron, Jr.,* with him *Barry J. Goldstein,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.